```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

United States of America

    v.                                    2:16-cr-135
                                          Judge Marbley

Saul Cruz-Perez

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (ECF No. 19) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 1 of the Information, and he is hereby adjudged guilty on that count. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: August 10, 2016                     s\Algenon L. Marbley
                                           Algenon L. Marbley
                                           United States District Judge